IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT BANKS, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-CV-0787 |
| | : | |
| THE CITY OF PHILADELPHIA, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 4th day of May, 2020, upon consideration of Plaintiff Robert Banks's Motion to Proceed *In Forma Pauperis* (ECF No. 4), and *pro se* Complaint (ECF No. 1) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. Banks's claims are in part **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum and in part **DISMISSED WITH PREJUDICE** as legally frivolous for the reasons in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.[1]

BY THE COURT:

/s/ Harvey Bartle III
**HARVEY BARTLE III, J.**

---

[1] To the extent Banks intends to appeal, he should check the Court's website for developments regarding the Court's response to COVID-19 (coronavirus), available here, http://www.paed.uscourts.gov/response-to-covid-19. The website contains information about filing and accessibility of the Courthouse while COVID-19 measures are in place.